LSK&D #: 373-7730 / 926282
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ERROL DICKSON,

           Plaintiff,

    -against-

HOME DEPOT U.S.A., INC. D/B/A HOME
DEPOT,

           Defendant.
------------------------------------------------------------------x

Docket No.: 07 CIV 8558

**DECLARATION OF SERVICE**

**Judge Holwell**

  I served the RULE 7.1 CERTIFICATE upon the Supreme Court, Bronx County, and by first class mail on the following persons on October 4, 2007:

DONALD W. LEO, JR.
DONALD LEO & ASSOCIATES, P.C.
625 Middle Country Road
Suite 100
Coram, New York 11727
Attorneys for Plaintiff
(631) 698-2000
Fax: (631) 698-4943

  I declare under penalty of perjury that the foregoing is true and correct. Executed on October 4, 2007.

                  _____
                  MARY E. MAGEE