LSK&D #: 373-7730 / 926282
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ERROL DICKSON,

                               Plaintiff,

      -against-

HOME DEPOT U.S.A., INC. D/B/A HOME DEPOT,

                               Defendant.
------------------------------------------------------------------x

**Docket No.: 07 CIV 8558**

**RULE 7.1 CERTIFICATE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and Magistrates of the Court to evaluate possible disqualification and recusal, the undersigned attorneys of record for defendant, HOME DEPOT U.S.A., INC. s/h/a "HOME DEPOT U.S.A., INC. D/B/A HOME DEPOT", identifies the following publicly-held parent corporations and publicly-held corporations that own ten percent or more of stock:

**HOME DEPOT U.S.A., INC.**

Dated:    New York, New York
            October 2, 2007

                                          Yours, etc.

                                          LESTER SCHWAB KATZ & DWYER, LLP

                                          _____
                                          Robert N. Dunn (RND-9193)
                                          Attorneys for Defendant
                                          HOME DEPOT U.S.A., INC. s/h/a "HOME DEPOT U.S.A., INC. D/B/A HOME DEPOT"
                                          120 Broadway
                                          New York, New York 10271
                                          (212) 964-6611

TO:

DONALD W. LEO, JR.
DONALD LEO & ASSOCIATES, P.C.
625 Middle Country Road
Suite 100
Coram, New York  11727
Attorneys for Plaintiff
(631) 698-2000
Fax:  (631) 698-4943

STATE OF NEW YORK )
) ss
COUNTY OF NEW YORK )

**MARY E. MAGEE**, being duly sworn, deposes and says that she is not a party to this action, is over the age of 18 years and resides in Queens County. That on October 4, 2007, she served the within RULE 7.1 CERTIFICATE upon:

> DONALD W. LEO, JR.
> DONALD LEO & ASSOCIATES, P.C.
> 625 Middle Country Road
> Suite 100
> Coram, New York 11727
> Attorneys for Plaintiff
> (631) 698-2000
> Fax: (631) 698-4943

by depositing a true copy of same securely enclosed in a post paid wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
MARY E. MAGEE

Sworn to before me this
4th day of October, 2007

_____
CINDY M. BENENATI
COMMISSIONER OF DEEDS
CITY OF NEW YORK, NO. 2-6219
COMMISSION EXPIRES MARCH 1, 20__

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
----------------------------------------------------------------X
ERROL DICKSON,

                                                    Index No.: 18858/07

                             Plaintiff,

                -against-

HOME DEPOT U.S.A., INC. D/B/A HOME DEPOT,

                           Defendant.
----------------------------------------------------------------X

## RULE 7.1 CERTIFICATE

### LESTER SCHWAB KATZ & DWYER, LLP

ATTORNEYS FOR    **Defendant**
**HOME DEPOT U.S.A., INC. S/H/A HOME DEPOT U.S.A., INC. D/B/A HOME DEPOT**

120 BROADWAY
NEW YORK, N.Y. 10271-0071
(212) 964-6611
FAX: (212) 267-5916