UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ERROL DICKSON,   :   07 Civ. 08558 (RJH)

           Plaintiff,   :

    -against-   :   **ORDER**

HOME DEPOT U.S.A. Inc.,   :

           Defendant.   :

------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08
```

        The pretrial conference presently scheduled for October 03, 2008 is adjourned to October 10, 2008, at 10:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.


Dated: New York, New York
August 20, 2008
SO ORDERED:

_____
Richard J. Holwell
United States District Judge